UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. COLVIN, et al.,<br><br>    Defendants. | Case No. 17-cv-00583-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 13 |

Plaintiff's second request for an extension of the deadline to file his planned motion to remand this action to state court is GRANTED. Docket No. 13. Plaintiff must file and serve on defense counsel any motion to remand the action to the state court no later than **June 2, 2017.** If plaintiff files a motion to remand the action, defendants must file and serve their opposition no later than **June 30, 2017**. If defendants file an opposition to his motion to remand, plaintiff must file and serve his reply in support of his motion to remand no later than **July 14, 2017**.

For the reasons explained in the March 22, 2017 scheduling order, the deadline for plaintiff to file a motion to remand will not be further extended. Plaintiff appears very interested in pursuing his claims in state court rather than federal court. Plaintiff is informed that one way to do so is to dismiss all his federal claims. Thus, even if he cannot prepare a motion to remand by the deadline, plaintiff could obtain a return to state court by filing a one-page document stating that he dismisses all his federal claims.

**IT IS SO ORDERED**.

Dated: May 11, 2017

                                                                             SUSAN ILLSTON
United States District Judge