UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. COLVIN, et al.,<br><br>    Defendants. | Case No. 17-cv-00583-SI<br><br>**ORDER DENYING THIRD REQUEST FOR EXTENSION OF DEADLINE**<br><br>Re: Dkt. No. 15 |

Plaintiff's third request for an extension of the deadline to file his planned motion to remand the action to state court is DENIED. Docket No. 15. The court twice has cautioned plaintiff that the deadline would not be further extended, and explained the reasons therefor. *See* Docket Nos. 12 and 14. The deadline for any motion to remand will remain set at **June 2, 2017**. If the motion to remand is not filed by that deadline, it will not be entertained.

**IT IS SO ORDERED**.

Dated: May 18, 2017

SUSAN ILLSTON
United States District Judge