UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI,<br>  Plaintiff,<br>   v.<br>M. COLVIN, et al.,<br>  Defendants. | Case No. 17-cv-00583-SI<br><br>**ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT**<br><br>Re: Dkt. No. 19 |

Plaintiff's request for an extension of the deadline to file his amended complaint is GRANTED. Docket No. 19. Plaintiff must file his amended complaint no later than **October 6, 2017**.

**IT IS SO ORDERED**.

Dated: July 31, 2017

_____
SUSAN ILLSTON
United States District Judge