UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF WOLINSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>M. COLVIN, et al.,<br><br>    Defendants. | Case No. 17-cv-00583-SI<br><br>**ORDER EXTENDING DEADLINE**<br>Re: Dkt. No. 21 |

Plaintiff has filed a motion for the court to order the warden at the R. J. Donovan Facility to provide plaintiff access to an adequate law library. Docket No. 21. Absent unusual and compelling circumstances not present here, federal courts generally are discouraged from interfering with day-to-day prison administration decisions. *See Turner v. Safley*, 482 U.S. 78, 84-85 (1987). Plaintiff's motion therefore is DENIED. Docket No. 21. If Plaintiff wishes to complain about the law library at the R. J. Donovan Facility, he may file a civil rights complaint under 42 U.S.C. § 1983. The proper venue for such an action would be the U.S. District Court for the *Southern* District of California, as that is the judicial district in which the prison is located.

The court *sua sponte* extends the deadline for plaintiff to file his amended complaint to **December 8, 2017**. This deadline will not be further extended because, by the time it arrives, plaintiff will have had six months to prepare an amended complaint in which he is only being asked to describe the facts that show his entitlement to relief.

**IT IS SO ORDERED**.

Dated: October 10, 2017

                                               _____
                                               SUSAN ILLSTON
                                               United States District Judge