UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRZYSZTOF WOLINSKI,
    Plaintiff,
    v.
M. COLVIN, et al.,
    Defendants.

Case No. 17-cv-00583-SI

**ORDER GRANTING FINAL EXTENSION OF DEADLINE**

Re: Dkt. No. 27

Plaintiff's request for an extension of the deadline to file his second amended complaint is GRANTED. (Docket No. 27.) Plaintiff must file his second amended complaint no later than **January 26, 2018**. This deadline will not be further extended for any reason because plaintiff already has had seven months to prepare the pleading.

**IT IS SO ORDERED**.

Dated: January 8, 2018

SUSAN ILLSTON
United States District Judge